UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Alexander J. Rinaldi, Esq., NJ Attorney ID# 018941985
SALNY REDBORD AND RINALDI
9 Eyland Avenue At Route 10
Succasunna, New Jersey 07876
Tel. (973) 584-1520/ Fax (973) 584-5377
Attorneys for Plaintiff, Louis Cautero

| | |
|---|---|
| **LOUIS CAUTERO,** | |
| Plaintiff, | CIVIL ACTION NO.: 2:25-cv-01212-EP-CLW |
| vs. | Civil Action |
| **ASHCROFT LEGACY FUNDS, LLC, A DELAWARE CORPORATION,** and **ASHCROFT CAPITAL, LLC,** and/or **ABC CORPORATION** and/or **XYZ CORPORATION,** fictitious names, its Agents, servants and/or employees, and/or Employees, **FRANK ROESSLER,** Individually and as CEO of **ASHCROFT LEGACY FUNDS, LLC,** and **ASHCROFT CAPITAL, LLC, NICOLE ZDEB,** as an Agent, servant and/or employee, and/or **JOHN** or **JANE DOES,** fictitious names, | **VOLUNTARY STIPULATION OF DISMISSAL** |
| Defendants. | |

Plaintiff, **LOUIS CAUTERO**, by and through his undersigned counsel, hereby stipulates as follows:

That all claims asserted in the above-captioned matter, are hereby dismissed with prejudice.

DATED: 10/12, 2025.

SALNY REDBORD AND RINALDI
Attorneys for Plaintiff

BY: _____
ALEXANDER J. RINALDI, ESQ.