UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Alexander J. Rinaldi, Esq., NJ Attorney ID# 018941985
SALNY REDBORD AND RINALDI
9 Eyland Avenue At Route 10
Succasunna, New Jersey 07876
Tel. (973) 584-1520/ Fax (973) 584-5377
Attorneys for Plaintiff, Louis Cautero

| | |
|---|---|
| LOUIS CAUTERO, | |
| Plaintiff, | CIVIL ACTION NO.: 2:25-cv-01212-EP-CLW |
| vs. | Civil Action |
| ASHCROFT LEGACY FUNDS, LLC, A DELAWARE CORPORATION, and ASHCROFT CAPITAL, LLC, and/or ABC CORPORATION and/or XYZ CORPORATION, fictitious names, its Agents, servants and/or employees, and/or Employees, FRANK ROESSLER, Individually and as CEO of ASHCROFT LEGACY FUNDS, LLC, and ASHCROFT CAPITAL, LLC, NICOLE ZDEB, as an Agent, servant and/or employee, and/or JOHN or JANE DOES, fictitious names, | **VOLUNTARY STIPULATION OF DISMISSAL**<br><br>SO ORDERED<br><br>_s/Evelyn Padin_<br>Evelyn Padin, U.S.D.J. |
| Defendants. | Date: 10/27/2025 |

Plaintiff, **LOUIS CAUTERO**, by and through his undersigned counsel, hereby stipulates as follows:

That all claims asserted in the above-captioned matter, are hereby dismissed with prejudice.

SALNY REDBORD AND RINALDI
Attorneys for Plaintiff

BY: _____
ALEXANDER J. RINALDI, ESQ.

DATED: 10/27, 2025.